IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICARDO REYES,**<br><br>                              Petitioner,<br><br>v.<br><br>**ON HABEAS CORPUS,**<br><br>                              Respondent. | 1:15-cv-00013 LJO MJS HC<br><br>**ORDER DENYING, WITHOUT PREJUDICE, MOTION REQUESTING DISCOVERY**<br><br>(Doc. 3) |

      Petitioner is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On January 5, 2015, Petitioner moved the Court for an order authorizing discovery, by subpoena, of surveillance footage relating to the disciplinary violation at issue. (ECF No. 3.)

      This Court, in reviewing Petitioner's claims and determining if the state court decision was reasonable, may only rely upon the record before the state court. See Cullen v. Pinholster, 131 S. Ct. 1388, 1398 (2011) ("We now hold that review under § 2254(d)(1) is limited to the record that was before the state court that adjudicated the claim on the merits."). As such, further discovery is not warranted at this time. If, upon substantive review of the petition, the Court determines that discovery is necessary, it

1  will provide Petitioner the opportunity to obtain the discovery.
2      It is hereby ordered that Petitioner's motion requesting discovery be DENIED
3  without prejudice.
4
5  IT IS SO ORDERED.
6      Dated:   September 14, 2015         /s/ *Michael J. Seng*
7                                          UNITED STATES MAGISTRATE JUDGE